```
              IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF GEORGIA
                     COLUMBUS DIVISION
```

LORENZO A. FOREHAND,                *

      Plaintiff,               *

vs.                                 *
                                       CASE NO. 4:06-CV-38 (CDL)

HORACE SNIDER, Sheriff of Marion    *
County, and DONALD DAVIS, G.B.I.
Agent,                              *

      Defendants.              *

### ORDER ON REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 25, 2006, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been thoroughly considered and are found to be without merit. Additionally, Plaintiff's Motion to Compel is denied as moot.

IT IS SO ORDERED, this 19th day of July, 2006.

                                              S/Clay D. Land
                                                  CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE